IN THE MATTER OF THE APPLICATION OF THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY TO ACQUIRE LANDS OF LARRY GRAHAM.

IN THE MATTER OF THE APPLICATION OF THE SAME TO ACQUIRE LANDS OF ANDREW MYER.

IN THE MATTER OF THE APPLICATION OF THE SAME TO ACQUIRE LANDS OF WILLIAM JONES.

THESE appeals presented the same questions and were argued and decided with *In re New York Central and Hudson River Railroad Company* v. *Armstrong* (*ante*, p. 407).